# EXHIBIT "A"

**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION**

| | | |
|---|---|---|
| **TYRIN GREEN,** | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| v. | § | **Civil Case No.  6:22-cv-00306** |
| | § | |
| **SANDERSON FARMS, INC.,** | § | |
| | § | |
| *Defendant.* | § | |
| | § | |

---

## INFORMATION PURSUANT TO LOCAL RULE CV-81(c)

---

(1)    A list of all parties in the case, their party type (e.g., plaintiff, defendant, intervenor, receiver, etc.) and current status of the removed case (e.g., pending, dismissed);

Tyrin Green
*Plaintiff*

Sanderson Farms, Inc.
*Defendant*

The removed case is currently pending.

(2)     A civil cover sheet and a certified copy of the state court docket sheet; a copy of all pleadings that assert causes of action (e.g. complaints, amended complaints, supplemental complaints, counterclaims, cross-actions, third party actions, interventions, etc.); all answers to such pleadings and a copy of all process and orders served upon the party removing the case to this court, as required by 28 U.S.C. § 1446(a);

See attached civil cover sheet and documents attached to Defendant's Notice of Removal as ***Exhibit A***. Defendant has requested a certified paper copy of the state court docket sheet, but it has not yet arrived as of the time of this filing. Defendant will file a copy once received.

(3)     A complete list of attorneys involved in the action being removed, including each attorney's bar number, address, telephone number and party or parties represented by him/her;

J. Chad Parker
Texas State Bar No. 00786153
Chad@jchadparker.com
Amy Mills
Texas State Bar No. 00784607
Amy@jchadparker.com
**J. CHAD PARKER, PLLC**
3808 old Jacksonville Road
Tyler, Texas 75701
Telephone: (903) 509-3400
Facsimile: (903) 509-3401

*Counsel for Plaintiff*

Zach T. Mayer
Texas State Bar No. 24013118
zmayer@mayerllp.com
J. Edward Johnson
Texas State Bar No. 24070001
ejohnson@mayerllp.com
G. Adrian Galvan
Texas State Bar No. 24108601
agalvan@mayerllp.com
**MAYER LLP**
750 N. St. Paul Street, Suite 700
Dallas, Texas 75201
Telephone: (214) 379-6900
Facsimile: (214) 379-6939

*Counsel for Defendant*

(4) A record of which parties have requested a trial by jury (this information is in addition to filing a separate jury demand pursuant to Local Rule CV-38(a)); and

Plaintiff, Tyrin Green
Defendant, Sanderson Farms, Inc.

(5)     The name and address of the court from which the case is being removed.

The 7th Judicial District Court of Smith County, Texas

Smith County, Courthouse
100 N. Broadway Ave., #203
Tyler, Texas 75702
Telephone: 903-590-1640

JS 44   (Rev. 06/17)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law,  except as provided by local rules of court.  This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet.   *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a)  PLAINTIFFS

TYRIN GREEN

**(b)**   County of Residence of First Listed Plaintiff    Smith Co., Texas
*(EXCEPT IN U.S. PLAINTIFF CASES)*

**(c)**   Attorneys *(Firm Name, Address, and Telephone Number)*
J. Chad Parker and Amy Mills, J. Chad Parker, PLLC, 3808 Old Jacksonville Rd., Tyler, TX 75701, (903)509-3400

## DEFENDANTS

SANDERSON FARMS, INC.

County of Residence of First Listed Defendant    Jones Co., Mississippi
*(IN U.S. PLAINTIFF CASES ONLY)*

NOTE:    IN LAND CONDEMNATION CASES, USE THE LOCATION OF
THE TRACT OF LAND INVOLVED.

Attorneys *(If Known)*

Zach Mayer, Edward Johnson, and Adrian Galvan, MAYER LLP, 750 N. St. Paul St., Ste. 700, Dallas, TX, 214.379.6900

## II.  BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

☐ 1  U.S. Government
       Plaintiff

☐ 2  U.S. Government
       Defendant

☐ 3  Federal Question
       *(U.S. Government Not a Party)*

☒ 4  Diversity
       *(Indicate Citizenship of Parties in Item III)*

## III.  CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff*
*(For Diversity Cases Only)*                                          *and One Box for Defendant)*

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☒ 1 | ☐ 1 | Incorporated *or* Principal Place<br>of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated *and* Principal Place<br>of Business In Another State | ☐ 5 | ☒ 5 |
| Citizen or Subject of a<br>Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV.  NATURE OF SUIT *(Place an "X" in One Box Only)*

Click here for: Nature of Suit Code Descriptions.

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance<br>☐ 120 Marine<br>☐ 130 Miller Act<br>☐ 140 Negotiable Instrument<br>☐ 150 Recovery of Overpayment<br>     & Enforcement of Judgment<br>☐ 151 Medicare Act<br>☐ 152 Recovery of Defaulted<br>     Student Loans<br>     (Excludes Veterans)<br>☐ 153 Recovery of Overpayment<br>     of Veteran's Benefits<br>☐ 160 Stockholders' Suits<br>☐ 190 Other Contract<br>☐ 195 Contract Product Liability<br>☐ 196 Franchise | **PERSONAL INJURY**<br>☐ 310 Airplane<br>☐ 315 Airplane Product<br>     Liability<br>☐ 320 Assault, Libel &<br>     Slander<br>☐ 330 Federal Employers'<br>     Liability<br>☐ 340 Marine<br>☐ 345 Marine Product<br>     Liability<br>☐ 350 Motor Vehicle<br>☐ 355 Motor Vehicle<br>     Product Liability<br>☒ 360 Other Personal<br>     Injury<br>☐ 362 Personal Injury -<br>     Medical Malpractice | **PERSONAL INJURY**<br>☐ 365 Personal Injury -<br>     Product Liability<br>☐ 367 Health Care/<br>     Pharmaceutical<br>     Personal Injury<br>     Product Liability<br>☐ 368 Asbestos Personal<br>     Injury Product<br>     Liability<br>**PERSONAL PROPERTY**<br>☐ 370 Other Fraud<br>☐ 371 Truth in Lending<br>☐ 380 Other Personal<br>     Property Damage<br>☐ 385 Property Damage<br>     Product Liability | ☐ 625 Drug Related Seizure<br>     of Property 21 USC 881<br>☐ 690 Other | ☐ 422 Appeal 28 USC 158<br>☐ 423 Withdrawal<br>     28 USC 157<br><br>**PROPERTY RIGHTS**<br>☐ 820 Copyrights<br>☐ 830 Patent<br>☐ 835 Patent - Abbreviated<br>     New Drug Application<br>☐ 840 Trademark | ☐ 375 False Claims Act<br>☐ 376 Qui Tam (31 USC<br>     3729(a))<br>☐ 400 State Reapportionment<br>☐ 410 Antitrust<br>☐ 430 Banks and Banking<br>☐ 450 Commerce<br>☐ 460 Deportation<br>☐ 470 Racketeer Influenced and<br>     Corrupt Organizations<br>☐ 480 Consumer Credit<br>☐ 490 Cable/Sat TV<br>☐ 850 Securities/Commodities/<br>     Exchange<br>☐ 890 Other Statutory Actions<br>☐ 891 Agricultural Acts<br>☐ 893 Environmental Matters<br>☐ 895 Freedom of Information |
| | | | **LABOR** | **SOCIAL SECURITY** | |
| | | | ☐ 710 Fair Labor Standards<br>     Act<br>☐ 720 Labor/Management<br>     Relations<br>☐ 740 Railway Labor Act<br>☐ 751 Family and Medical<br>     Leave Act<br>☐ 790 Other Labor Litigation<br>☐ 791 Employee Retirement<br>     Income Security Act | ☐ 861 HIA (1395ff)<br>☐ 862 Black Lung (923)<br>☐ 863 DIWC/DIWW (405(g))<br>☐ 864 SSID Title XVI<br>☐ 865 RSI (405(g)) | Act<br>☐ 896 Arbitration<br>☐ 899 Administrative Procedure<br>     Act/Review or Appeal of<br>     Agency Decision<br>☐ 950 Constitutionality of<br>     State Statutes |

| REAL PROPERTY | CIVIL RIGHTS | PRISONER PETITIONS | | | |
|---|---|---|---|---|---|
| ☐ 210 Land Condemnation<br>☐ 220 Foreclosure<br>☐ 230 Rent Lease & Ejectment<br>☐ 240 Torts to Land<br>☐ 245 Tort Product Liability<br>☐ 290 All Other Real Property | ☐ 440 Other Civil Rights<br>☐ 441 Voting<br>☐ 442 Employment<br>☐ 443 Housing/<br>     Accommodations<br>☐ 445 Amer. w/Disabilities -<br>     Employment<br>☐ 446 Amer. w/Disabilities -<br>     Other<br>☐ 448 Education | **Habeas Corpus:**<br>☐ 463 Alien Detainee<br>☐ 510 Motions to Vacate<br>     Sentence<br>☐ 530 General<br>☐ 535 Death Penalty<br>**Other:**<br>☐ 540 Mandamus & Other<br>☐ 550 Civil Rights<br>☐ 555 Prison Condition<br>☐ 560 Civil Detainee -<br>     Conditions of<br>     Confinement | | **FEDERAL TAX SUITS**<br>☐ 870 Taxes (U.S. Plaintiff<br>     or Defendant)<br>☐ 871 IRS—Third Party<br>     26 USC 7609<br><br>**IMMIGRATION**<br>☐ 462 Naturalization Application<br>☐ 465 Other Immigration<br>     Actions | |

## V. ORIGIN *(Place an "X" in One Box Only)*

☐ 1  Original
       Proceeding

☒ 2  Removed from
       State Court

☐ 3  Remanded from
       Appellate Court

☐ 4  Reinstated or
       Reopened

☐ 5  Transferred from
       Another District
       *(specify)*

☐ 6  Multidistrict
       Litigation -
       Transfer

☐ 8  Multidistrict
       Litigation -
       Direct File

## VI. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
28 U.S.C. § 1332, 28 U.S.C. § 1441, 28 U.S.C. § 1446
Brief description of cause:
Alleged workplace injury

## VII. REQUESTED IN COMPLAINT:

☐ CHECK IF THIS IS A **CLASS ACTION**
    UNDER RULE 23, F.R.Cv.P.

**DEMAND $**
250,000.00

CHECK YES only if demanded in complaint:
**JURY DEMAND:**      ☒ Yes     ☐ No

## VIII. RELATED CASE(S) IF ANY

*(See instructions):*
JUDGE _____      DOCKET NUMBER _____

DATE
08/05/2022

SIGNATURE OF ATTORNEY OF RECORD
/s/ J. Edward Johnson

**FOR OFFICE USE ONLY**

RECEIPT # _____    AMOUNT _____    APPLYING IFP _____    JUDGE _____    MAG. JUDGE _____

CIVIL DOCKET – CAUSE NO. 22-1374-A_____          7th Judicial District Court
STYLE: Tyrin Green vs. Sanderson Farms, Inc.

| NAME OF PARTIES | ATTORNEYS | KIND OF ACTION | DATE OF FILING | | | |
|---|---|---|---|---|---|---|
| | | | | | | |
| | | | | | | |
| **Tyrin Green** *PLAINTIFF* | **J. Chad Parker; Zach T. Mayer** **J Chad Parker Pllc** 3808 Old Jacksonville Road Tyler Tx 75701; 750 N St Paul Street Suite 700 Dallas Tx 75201 903-509-3400; 214-379-6900 | **Injury/Damage – Other** | **06/28/2022** JURY FEE $ | | | |
| **VS** | | | | | | |
| **Sanderson Farms, Inc.** *RESPONDENT* | | | PAID BY DATE | | | |

## ORDERS OF THE COURT

| DATE OF ORDERS | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Month | Day | Year | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |

**From:**       Patricia Dixon
**To:**         Michelle Curry
**Subject:**    Cause No. 22-1374-A
**Date:**       Tuesday, July 5, 2022 12:07:00 PM
**Attachments:** Plaintiffs Original Petition.pdf
                Citation Issued to Sanderson Farms, Inc..pdf

Please find file-marked Plaintiff's Original Petition and citation issued to Defendant as requested.

Thank you,

Patricia Renee Dixon
Deputy Clerk
Smith County District Clerk's Office
100 N. Broadway, Rm. 204
Tyler, Texas 75702
pdixon@smith-county.com



Electronically Filed
6/28/2022 9:07 AM
Penny Clarkston, Smith County District Clerk
Reviewed By: Penny Clarkston

22-1374-A

CAUSE NO._____

| | | |
|---|---|---|
| **TYRIN GREEN** | § | **IN THE DISTRICT COURT** |
| | § | |
| **VS.** | § | **OF SMITH COUNTY, TEXAS** |
| | § | |
| **SANDERSON FARMS, INC.** | § | 7th **JUDICIAL DISTRICT** |

## PLAINTIFF'S ORIGINAL PETITION

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, **TYRIN GREEN**, Plaintiff, and files this, his Original Petition and complains of **SANDERSON FARMS, INC.,** Defendant, and for cause of action would respectfully show unto the Court the following:

### I.

### DISCOVERY   CONTROL   PLAN

Discovery in this case is intended to be conducted under Level 1 of Rule 190.2, of the Texas Rules of Civil Procedure.  Plaintiff seeks monetary relief of $250,000.00 or less, excluding interest, statutory or punitive damages and penalties, and attorneys' fees and costs.  The amount pled, as required by Texas Rule of Civil Procedure 47, is not for argument to the jury. The monetary relief actually awarded will ultimately be determined by the judge or jury.

### II.

### PARTIES TO THIS ACTION

Plaintiff, **TYRIN GREEN**, resides in Tyler, Smith County, Texas.  The last three digits of Plaintiff's Social Security number are 560.

Defendant, **SANDERSON FARMS, INC.,** is a foreign for-profit corporation registered to do business in Texas with its principal place of business in Laurel, MS.  Defendant can be served through it's registered agent, CT Corporation System, 1999 Bryan Street, Suite 900, Dallas, Texas

**PLAINTIFF'S ORIGINAL PETITION**

CERTIFIED TO BE A TRUE
AND CORRECT COPY
FILED IN THE SMITH COUNTY
DISTRICT CLERK'S OFFICE

75201. **Citation is requested for this Defendant and service will be completed by a private process server.**

### III.

### JURISDICTION AND VENUE

Pursuant to TEX. CIV. PRAC. & REM. CODE ANN. 15.002 (a)(1), venue is proper in Smith County, Texas because all, or a substantial part,  of the events or omissions giving rise to this claim occurred in Smith County, Texas.   Jurisdiction is proper in this court because the amount in controversy exceeds the minimum jurisdictional requirements of this court.

### IV.

### FACTUAL ALLEGATIONS

It has become necessary to bring this action because of injuries and damages sustained by the Plaintiff on or about September 22, 2021 at the **SANDERSON FARMS, INC.** facility in Tyler, Smith County, Texas.   The evidence will show that Plaintiff, **TYRIN GREEN**, was an employee and working in the course and scope of his employment for **SANDERSON FARMS, INC.**, when his hand became stuck in a metal blade of a machine resulting in the complete amputation of his right index finger.

Plaintiff's injuries and damages were proximately caused by the negligence and gross negligence of Defendant, **SANDERSON FARMS, INC.**

### V.

### CAUSES OF ACTION AGAINST SANDERSON FARMS, INC.

Negligence

Leading up to, and at the time of the accident described above, Defendant, **SANDERSON FARMS, INC.,** was negligent in various acts and omissions, which were the proximate cause of the occurrence in question including, but not limited to:

---

PLAINTIFF'S ORIGINAL PETITION



1.   Failing to provide a safe place to work;

2.   Failing to provide equipment which was safe for the Plaintiff to work with in violation of 29 CFR §1910.212;

3.   Failing to provide moving machine parts with guards to protect Plaintiff from moving parts that can cause injury in violation of 30 CFR § 56.14107 and 30 CFR §5.14107;

4.   Failing to implement safety rules, policies and procedures to protect employees, including Plaintiff, from the known hazard of having their fingers or hands cause in the line;

5.   Failing to implement safety rules, policies and procedures to allow any of its employees working on the line to stop the line in the event of an emergency;

6.   Failing to implement safety rules, policies and procedures that allow anyone who is not a supervisor to stop the line in the event of an emergency;

7.   Failing to take reasonable care in the safety of its employees;

8.   Other negligent acts or omissions that may be shown at the trial of this matter.

## VI.

## DOCTRINE OF RESPONDEAT SUPERIOR

Plaintiff further alleges that at all material times hereto, the agents, servants and employees of Defendant, **SANDERSON FARMS, INC.**, were acting within the course and scope of their employment and in the furtherance of the business interest of Defendant. In this regard, Plaintiff invokes the doctrine of *respondeat superior* and alleges that any and all negligent acts and/or omissions on the part of the agents, servants and employees of Defendants are imputed to Defendant and Defendant is vicariously liable for all negligent acts and/or omissions alleged herein to have been perpetrated by said agents, servants and/or employees under the doctrine of *respondeat superior*.

## VII.

## NEGLIGENCE PER SE

The actions and conduct of the Defendant, as set forth in paragraph V, are in violation of the Occupational Safety and Health Standard Code of Federal Regulations, which constitutes negligence per se, for which the Plaintiff intends to rely on at the trial, as said negligence per se is a proximate cause of the occurrence in question and restyling damages and injuries to the Plaintiff.

---

**PLAINTIFF'S ORIGINAL PETITION**



## VIII.

## MALICE

Plaintiff alleges that the Defendant's acts and/or omissions of gross negligence, when viewed objectively from the standpoint of the Defendant at the time of the occurrence, involved an extreme degree of risk considering the probability and magnitude of potential harm to others, including Plaintiff.  Plaintiff further alleges that the Defendant had an actual subjective awareness of the risks involved but, nevertheless, proceeded with conscious indifference to the rights, safety and welfare of Plaintiff.  In this regard, Plaintiff therefore seeks punitive and/or exemplary damages.

## IX.

## DAMAGES

As a result of the above described acts or omission of the Defendants, **TYRIN GREEN**, has been injured in the following respects including, without limitation:

1.  Physical pain, suffering, and mental anguish in the past;
2.  Physical pain, suffering, and mental anguish that the Plaintiff will, in all reasonable medical probability, suffer in the future;
3.  Hospital, medical, doctor, ambulance and pharmaceutical bills incurred in the past;
4.  Hospital, doctor, medical, and pharmaceutical bills  which the Plaintiff will, in all reasonable medical probability, incur in the future;
5.  Physical impairment to the person of the Plaintiff that have been incurred in the past;
6.  Physical impairment to the person of the Plaintiff which, in all reasonable medical probability, they will suffer in the future;
7.  Past lost wages;
8.  Future loss of earning capacity; and,
9.  All applicable costs of court.

## X.

## INTEREST

The Plaintiff hereby seeks all Pre-Judgment and Post-Judgment interest in the maximum amounts as allowed by law on each separate and individual element of damage.



PLAINTIFF'S ORIGINAL PETITION

## XI.

### TRCP RULE  193.7 NOTICE

Pursuant to Texas Rules of Civil Procedure Rule 193.7,  Plaintiff intends to use all

documents produced by the Defendants as authenticated documents.

## XII.

### REQUEST FOR JURY TRIAL

Plaintiff hereby requests a trial by jury.

## XIII.

### PRAYER

WHEREFORE, PREMISES CONSIDERED, Plaintiff respectfully prays that Defendants be

cited to appear and answer and that upon a final hearing they have judgment against the Defendants,

jointly and severally, and recover as follows:

    a.    Judgment against Defendants for Plaintiff's actual damages as set forth above, in an
amount in excess of the minimum jurisdictional limits of this Court;

    b.    Pre-judgment and post-judgment interest at the maximum rate allowed by law;

    c.    Costs of Court; and

    d.    All other and further relief to which Plaintiff may be entitled.

Respectfully submitted,

**J. Chad Parker, PLLC**
3808 Old Jacksonville Road
Tyler, TX 75701
Telephone: 903-509-3400
Facsimile: 903-509-3401

By: _____

**J. CHAD PARKER**
Chad@jchadparker.com
State Bar No. 00786153
**AMY MILLS**
amy@jchadparker.com
State Bar No. 00784607

**ATTORNEYS FOR PLAINTIFF**

| CLERK OF THE COURT | ATTORNEYS FOR PLAINTIFF |
|---|---|
| PENNY CLARKSTON, DISTRICT CLERK<br>SMITH COUNTY, TEXAS<br>100 N. BROADWAY, RM. 204<br>TYLER, TEXAS  75702<br>903-590-1660 | J. CHAD PARKER<br>J. CHAD PARKER PLLC<br>3808 OLD JACKSONVILLE ROAD<br>TYLER, TX 75701<br>903-509-3400 |

CAUSE NO.  22-1374-A
# T H E   S T A T E   O F   T E X A S
## CITATION

**NOTICE TO DEFENDANT:**  "You have been sued.  You may employ an attorney.  If you or your attorney do not file a written answer with the Clerk who issued this Citation by ten o'clock (10:00) A.M. on the Monday next following the expiration of twenty (20) days after you were served this citation and petition, a default judgment may be taken against you.  In addition to filing a written answer with the Clerk, you may be required to make initial disclosures to the other parties of this suit.  These disclosures generally must be made no later than thirty (30) days after you file your answer with the Clerk.  Find out more at TexasLawHelp.org."

> TO:  **SANDERSON FARMS, INC. – DEFENDANT, THROUGH ITS REGISTERED AGENT, CT CORPORATION SYSTEM, 1999 BRYAN STREET SUITE 900, DALLAS, TEXAS 75201, OR WHEREVER THE DEFENDANT MAY BE FOUND**

**YOU ARE HEREBY COMMANDED** to appear by filing a written answer to the **PLAINTIFF'S ORIGINAL PETITION** at or before Ten o'clock A.M. of the Monday after the expiration of twenty (20) days after the date of service of this citation before the **7th Judicial District Court** of Smith County, Texas, at the Courthouse of said County located at 100 N. Broadway, Tyler, Texas. Said **PLAINTIFF'S ORIGINAL PETITION** was filed 06/28/2022, in this case, numbered **22-1374-A** on the docket of said Court, and styled:

### TYRIN GREEN VS. SANDERSON FARMS, INC.

The nature of Plaintiff's demand is fully shown by a true and correct copy of **PLAINTIFF'S ORIGINAL PETITION** accompanying this citation and made a part hereof.

The officer executing this writ shall promptly serve the same according to requirements of law, and the mandates thereof, and make due return as the law directs.

Issued and given under my hand and seal of said Court at Tyler, Texas, this date**: 5th day of July, 2022**.

ATTEST:

**CLERK OF THE COURT**
**PENNY CLARKSTON, DISTRICT CLERK**
**SMITH COUNTY, TEXAS**
100 N. Broadway, Rm. 204
Tyler, Texas  75702



By:  /s/ *Patricia Dixon*
      **Patricia Dixon, Deputy**



## CAUSE NO.  22-1374-A
### SHERIFF'S / OFFICER'S RETURN

Came to hand the _____ day of _____, 20____, at _____ o'clock ___.M., and executed in _____ County, by delivering to each of the within-named Defendants, in person, a true copy of this citation together with the accompanying true and correct copy of the **PLAINTIFF'S ORIGINAL PETITION,**

At the following times and places, to wit:

| NAME | MO/DAY/YEAR | HOUR/MIN | PLACE |
|---|---|---|---|
| | | | |
| | | | |

And not executed as to the Defendant(s) _____

Diligence used in finding said Defendant(s), being _____

And the cause of failure to execute this process is: _____

_____and the information received as to the whereabouts of the

The said Defendant(s), being: _____

FEES:  Serving $ _____

,_____ Sheriff
_____ County, Texas

By: _____
        Deputy

### CERTIFICATE OF DELIVERY

I do hereby certify that I delivered to _____ on the _____ Day of _____, 20____, at _____ o'clock ___.M. this copy of this instrument.

_____, Sheriff _____ County, Texas

By: _____ Deputy

### COMPLETE IF YOU ARE A PERSON OTHER THAN A SHERIFF, CONSTABLE, OR CLERK OF THE COURT

In accordance with Rule 107:  The officer or authorized person who serves, or attempts to serve, a citation shall sign the return.  The signature is not required to be verified.  If the return is signed by a person other than a sheriff, constable, or the clerk of the court, the return shall be signed under penalty of perjury and contain the following statement:

"My name is _____, my date of birth is _____, and My address is _____."

Email address _____

I DECLARE UNDER PENALTY OF PERJURY THAT THE FORGOING IS TRUE AND CORRECT.

Executed in _____ County, State of _____, on the _____ day of _____, 20__.

_____
Declarant/Authorized Process Server

_____
(ID # & Expiration of Certification)

CERTIFIED TO BE
AND CORRECT
FILED IN THE SMIT
DISTRICT CLERK

Electronically Filed
7/6/2022 12:08 PM
Penny Clarkston, Smith County District Clerk
Reviewed By: Gina McClung

## CAUSE NO. 22-1374-A

| | | |
|---|---|---|
| TYRIN GREEN | § | IN THE COURT OF |
| | § | |
| Plaintiff, | § | |
| VS. | § | SMITH COUNTY, TEXAS |
| | § | |
| SANDERSON FARMS, INC. | § | |
| Defendant. | § | 7TH JUDICIAL DISTRICT |

### AFFIDAVIT OF SERVICE

"The following came to hand on **Jul 5, 2022, 2:07 pm,**

**CITATION AND PLAINTIFF'S ORIGINAL PETITION,**

and was executed at **1999 BRYAN ST., SUITE 900, DALLAS, TX 75201** within the county of DALLAS at **10:03 AM** on **Wed, Jul 06 2022,** by delivering a true copy to the within named

**SANDERSON FARMS, INC., BY DELIVERING TO ITS REGISTERED AGENT, CT CORPORATION SYSTEM, WHERE THE DOCUMENT WAS ACCEPTED BY TIERICA WILLIAMS, INTAKE SPECIALIST**

in person, having first endorsed the date of delivery on same.

I am a person over eighteen (18) years of age and I am competent to make this affidavit. I am a resident of the State of Texas. I am familiar with the Texas Rules of Civil Procedure as they apply to service of Process. I am not a party to this suit nor related or affiliated with any herein, and have no interest in the outcome of the suit. I have never been convicted of a felony or of a misdemeanor involving moral turpitude. I have personal knowledge of the facts stated herein and they are true and correct."

My name is **Matthew James Foster**, my date of birth is **01/29/1972**, and my address is **1910 Pacific Avenue, Suite 9300, Dallas, TX 75201,** and **United States of America.** I declare under penalty of perjury that the foregoing is true and correct.

Executed in **DALLAS** County, State of **TX,** on **July 06, 2022.**

Matthew James Foster
Certification Number: PSC-4907
Certification Expiration: 3/31/2024



| CLERK OF THE COURT | ATTORNEYS FOR PLAINTIFF |
|---|---|
| PENNY CLARKSTON, DISTRICT CLERK<br>SMITH COUNTY, TEXAS<br>100 N. BROADWAY, RM. 204<br>TYLER, TEXAS  75702<br>903-590-1660 | J. CHAD PARKER<br>J. CHAD PARKER PLLC<br>3808 OLD JACKSONVILLE ROAD<br>TYLER, TX 75701<br>903-509-3400 |

**CAUSE NO. 22-1374-A**
**T H E   S T A T E   O F   T E X A S**
**CITATION**

**NOTICE TO DEFENDANT:** "You have been sued. You may employ an attorney. If you or your attorney do not file a written answer with the Clerk who issued this Citation by ten o'clock (10:00) A.M. on the Monday next following the expiration of twenty (20) days after you were served this citation and petition, a default judgment may be taken against you. In addition to filing a written answer with the Clerk, you may be required to make initial disclosures to the other parties of this suit. These disclosures generally must be made no later than thirty (30) days after you file your answer with the Clerk. Find out more at TexasLawHelp.org."

**TO:   SANDERSON FARMS, INC. – DEFENDANT, THROUGH ITS REGISTERED AGENT, CT CORPORATION SYSTEM, 1999 BRYAN STREET SUITE 900, DALLAS, TEXAS 75201, OR WHEREVER THE DEFENDANT MAY BE FOUND**

**YOU ARE HEREBY COMMANDED** to appear by filing a written answer to the **PLAINTIFF'S ORIGINAL PETITION** at or before Ten o'clock A.M. of the Monday after the expiration of twenty (20) days after the date of service of this citation before the **7th Judicial District Court** of Smith County, Texas, at the Courthouse of said County located at 100 N. Broadway, Tyler, Texas. Said **PLAINTIFF'S ORIGINAL PETITION** was filed 06/28/2022, in this case, numbered **22-1374-A** on the docket of said Court, and styled:

**TYRIN GREEN VS. SANDERSON FARMS, INC.**

The nature of Plaintiff's demand is fully shown by a true and correct copy of **PLAINTIFF'S ORIGINAL PETITION** accompanying this citation and made a part hereof.

The officer executing this writ shall promptly serve the same according to requirements of law, and the mandates thereof, and make due return as the law directs.

Issued and given under my hand and seal of said Court at Tyler, Texas, this date: **5th day of July, 2022.**

**ATTEST:**

**CLERK OF THE COURT**
**PENNY CLARKSTON, DISTRICT CLERK**
**SMITH COUNTY, TEXAS**
100 N. Broadway, Rm. 204
Tyler, Texas  75702

By:   /s/ *Patricia Dixon*
     Patricia Dixon, Deputy



CERTIFIED TO BE A TRUE
AND CORRECT COPY
FILED IN THE SMITH COUNTY
DISTRICT CLERK'S OFFICE

Electronically Filed
7/29/2022 11:03 AM
Penny Clarkston, Smith County District Clerk
Reviewed By: Gina McClung

## CAUSE NO. 22-1374-A

| | | |
|---|---|---|
| **TYRIN GREEN,** | § | **IN THE DISTRICT COURT** |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| v. | § | **7TH JUDICIAL DISTRICT** |
| | § | |
| **SANDERSON FARMS, INC.,** | § | |
| | § | |
| *Defendant.* | § | **SMITH COUNTY, TEXAS** |

---

### DEFENDANT'S ORIGINAL ANSWER AND VERIFIED DENIAL

---

Defendant Sanderson Farms, Inc. ("Defendant") files its Original Answer, and would respectfully state the following:

### I.
### VERIFIED DENIAL

1.      Pursuant to Texas Rule of Civil Procedure 93, Defendant Sanderson Farms, Inc. alleges that there is a defect of parties as it has been misidentified, and denies that it is a proper party to this lawsuit.

### II.
### GENERAL DENIAL

2.      Subject to Defendant's denial that it is a proper party in this lawsuit, Defendant denies each and every, all and singular, the material allegations contained within the Original Petition filed by Plaintiff, Tyrin Green ("Plaintiff"), and demands strict proof thereof.

**DEFENDANT'S ORIGINAL ANSWER AND VERIFIED DENIAL**
**PAGE 1 OF 6**

8236776v1 (10133.000020)

## III.
### AFFIRMATIVE DEFENSES

3.     Pleading further, alternatively, and by way of affirmative defense, Defendant asserts that in the unlikely event that an adverse judgment would be rendered against it, Defendant would respectfully request all available credits and/or offsets as provided by the Texas Civil Practice and Remedies Code and under Texas law.

4.     Pleading further, alternatively, and by way of affirmative defense, Defendant asserts that in addition to any other limitation under law, Plaintiff's recovery of medical or health care expenses should be limited to the amount actually paid or incurred by or on behalf of Plaintiff, pursuant to Section 41.0105 of the Texas Civil Practices and Remedies Code.

5.     By way of affirmative defense, Defendant invokes Chapter 33 of the Texas Civil Practices & Remedies Code and pleads that Plaintiff's claims are barred, in whole or in part, by the contributory and/or comparative negligence of Plaintiff and/or other parties, or alternatively, that the conduct of other parties, including Plaintiff, was an independent, intervening, superseding, and/or the sole proximate cause of Plaintiff's alleged damages. Therefore, Defendant is not liable for such damages.

6.     By way of affirmative defense, Defendant pleads that Plaintiff's damages, if any, were caused by preexisting injuries and/or preexisting medical conditions that occurred or arose before the alleged incident forming the basis of this lawsuit.

8286776v1 (10133.000020)

7.     By way of affirmative defense, Defendant pleads that Plaintiff's claims are barred or limited, in whole or in part, by Plaintiff's failure to mitigate damages and failure to take the reasonable steps that a person of ordinary prudence in a similar situation would have taken to avoid the damages claimed by Plaintiff. Accordingly, Defendant is entitled to an instruction to the jury that they shall not consider elements of damages incurred and caused by Plaintiff's failure to mitigate damages.

8.     Pleading further, alternatively, and by way of affirmative defense, Defendant asserts that Plaintiff's damages, if any, were solely caused by a new and independent cause. Therefore, Defendant is not liable for such damages.

9.     Pleading further, alternatively, and by way of affirmative defense, Defendant invokes Section 18.091 of the Texas Civil Practices & Remedies Code requiring that Plaintiff prove his alleged loss of earnings and/or loss of earning capacity in a form that represents his net loss after reduction for income tax payments or unpaid tax liability. Additionally, Defendant requests that the Court instruct the jury as to whether any recovery for compensatory damages sought by the Plaintiff is subject to federal and state income taxes.

10.    Pleading further, alternatively, and by way of affirmative defense, Defendant asserts that it is entitled to an offset in the event that Plaintiff is awarded damages for past medical expenses and to the extent that Plaintiff's past medical expenses have already been paid for in accordance with Defendant's Injury Benefit Plan.

11.     Defendant hereby gives notice that it intends to rely upon such other defenses or denials, affirmative or otherwise, and to assert third-party claims and any other claims, as may become available or appear during discovery as it proceeds in this matter, and hereby reserves the right to amend its Answer to assert such defenses.

## IV.
### JURY DEMAND

12.     Subject to its forthcoming Motion to Compel Arbitration, Defendant demands a trial by jury.

## V.
### PRAYER

Defendant Sanderson Farms, Inc. prays that Plaintiff take nothing by this suit, that Defendant goes hence with its costs without delay, and for such other and further relief, both general and special, at law and in equity, to which Defendant may show itself justly entitled.

CERTIFIED TO BE A TRUE
AND CORRECT COPY
FILED IN SMITH COUNTY
8236776v1 (10133.000020)

Respectfully submitted,

**MAYER LLP**
750 N. St. Paul Street, Suite 700
Dallas, Texas 75201
Telephone: 214.379.6900
Facsimile: 214.379.6939


By:   /s/ *J. Edward Johnson*
        Zach T. Mayer
        State Bar No. 24013118
        Email: zmayer@mayerllp.com
        J. Edward Johnson
        State Bar No. 24070001
        Email: ejohnson@mayerllp.com
        G. Adrian Galvan
        State Bar No. 24108601
        Email: agalvan@mayerllp.com

**ATTORNEYS FOR DEFENDANT
SANDERSON FARMS, INC.**


## CERTIFICATE OF SERVICE

This is to certify that on the 29th day of July 2022, a true and correct copy of the foregoing has been forwarded to all counsel of record, as follows:

**Via eFileTexas.gov:**
chad@jchadparker.com
amy@jchadparker.com
J. Chad Parker
Amy Mills
J. CHAD PARKER, PLLC
3808 Old Jacksonville Road
Tyler, TX 75701


        /s/ *J. Edward Johnson*
        J. Edward Johnson

---

### DECLARATION OF J. EDWARD JOHNSON

---

STATE OF TEXAS            §
                                   §

COUNTY OF DALLAS       §

1.  My name is J. Edward Johnson. I am over the age of twenty-one years and competent to make this Declaration.  The statements in this Declaration are based on my personal knowledge and are true and correct.

2.  I have read the above and foregoing Original Answer and Verified Denial, and the factual statements contained in Paragraph I of the Verified Denial herein are within my personal knowledge and are true and correct.

My name is J. Edward Johnson. My work address is 750 N. St. Paul St., Suite 700, Dallas, Texas 75201. I declare under penalty of perjury that the foregoing is true and correct.

Executed on the 29th day of July, 2022.

                                      */s/ J. Edward Johnson*
                                      J. Edward Johnson

CERTIFIED TO BE A TRUE
AND CORRECT COPY
FILED IN THE SMITH COUNTY
82367776v1 (10133.000020)

**Automated Certificate of eService**

This automated certificate of service was created by the efiling system. The filer served this
document via email generated by the efiling system on the date and to the persons listed below.
The rules governing certificates of service have not changed. Filers must still provide a certificate
of service that complies with all applicable rules.

Shannon Pilgrim on behalf of Joseph Johnson
Bar No. 24070001
spilgrim@mayerllp.com
Envelope ID: 66796136
Status as of 7/29/2022 12:20 PM CST
Associated Case Party: Tyrin Green

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Chad Parker | | chad@jchadparker.com | 7/29/2022 11:03:59 AM | SENT |
| Amy Mills | | amy@jchadparker.com | 7/29/2022 11:03:59 AM | SENT |



## Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Shannon Pilgrim on behalf of Joseph Johnson
Bar No. 24070001
spilgrim@mayerllp.com
Envelope ID: 66796136
Status as of 7/29/2022 12:20 PM CST
Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Cathy Preston | | cpreston@mayerllp.com | 7/29/2022 11:03:59 AM | SENT |



**Automated Certificate of eService**

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Shannon Pilgrim on behalf of Joseph Johnson
Bar No. 24070001
spilgrim@mayerllp.com
Envelope ID: 66796136
Status as of 7/29/2022 12:20 PM CST
Associated Case Party: Sanderson Farms, Inc.

| Name | BarNumber | Email | Timestamp Submitted | Status |
|------|-----------|-------|---------------------|--------|
| G. AdrianGalvan | | agalvan@mayerllp.com | 7/29/2022 11:03:59 AM | SENT |
| Zach Mayer | | zmayer@mayerllp.com | 7/29/2022 11:03:59 AM | SENT |
| Edward Johnson | | ejohnson@mayerllp.com | 7/29/2022 11:03:59 AM | SENT |

